**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN THE MATTER OF:**

Donna D. Poplar,   Bankruptcy Case No. 13-31247-dof
   Honorable Daniel S. Opperman
   Chapter 7

        Debtor.
_____/

## STIPULATION FOR ENTRY OF ORDER

Trustee, Collene K. Corcoran ("Trustee"), and the Debtor, Donna D. Poplar, by and through their respective attorneys, hereby stipulate and agree to the entry of the attached Order regarding Debtor's claimed exemptions in wrongful termination claim against the City of Flint.

AGREED:

BEADLE SMITH, PLC

| | |
|---|---|
| /S/ Kevin M. Smith | /S/ John L. Topping, Jr. |
| By: Kevin M. Smith (P48976) | By: John L. Topping, Jr. (P37818) |
| Attorneys for Trustee | Attorneys for Debtor |
| 445 South Livernois, Suite 305 | 653 S. Saginaw Street, Suite 202 |
| Rochester Hills, MI 48307 | Flint, MI 48502 |
| (248) 650-6094, Ext. 15; (248) 650-6095 (fax) | (810) 600-1534 |
| ksmith@bbssplc.com | jt.dmmbky@yahoo.com |
| Dated: 12/2/15 | Dated: 12/2/15 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN THE MATTER OF:**

Donna D. Poplar,  Bankruptcy Case No. 13-31247-dof
 Honorable Daniel S. Opperman
 Chapter 7
           Debtor.
_____/

**STIPULATED ORDER REGARDING THE DEBTOR'S EXEMPTION IN WRONGFUL TERMINATION SUIT AGAINST THE CITY OF FLINT**

Trustee, Collene K. Corcoran ("Trustee") has raised concerns regarding the Debtor's claimed exemption in a lawsuit arising out of the alleged wrongful termination of the Debtor from the City of Flint ("Claim"); the Trustee and the Debtor, by and through their respective attorneys, stipulate to the entry of this order holding regarding the Debtor's exemption in the Claim; the Court being fully advised in the premises:

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Debtor shall be entitled to an aggregate exemption in the Claim in the amount of $40,000.00 comprised of an exemption in the amount of $2,685.00 pursuant to 11 U.S.C. §522(d)(5) and the sum of $37,315.00 pursuant to 11 U.S.C. §522(d)(11)(E).

**IT IS FURTHER ORDERED** that the Debtor is prohibited from amending her exemptions regarding the Claim and that her exemption shall be limited to $40,000.00 in this bankruptcy proceeding as the Trustee is relying upon such exemption in seeking a settlement of the Claim.